The People of the State of Illinois, Plaintiff-Appellee, *v.* Joann Jenkins, Defendant-Appellant.

(No. 57463; ▮▮▮▮▮▮▮▮▮▮▮

First District (5th Division)—March 23, 1973.

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PER CURIAM.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

James J. Doherty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.